081554.0347(207)　　　　　　　　　RMC:lab　　　　　　　　　　　　　　#397

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY ) <br> INSURANCE COMPANY, ) <br> ) <br>      **Plaintiff,** ) <br> ) <br>  v. ) <br> ) <br> KIN, INC. formerly known as KOHL'S ) <br> ILLINOIS, INC. doing business as KOHL'S ) <br> #174, a foreign corporation, KARLA ) <br> MASCARI and RICHARD MASCARI, ) <br> ) <br>      **Defendants.** ) | No. 21-cv-50171 <br><br> Judge Iain D. Johnston <br><br> Magistrate Judge Lisa A. Jensen |

## MOTION TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS

Now comes the Plaintiff, State Auto Property & Casualty Insurance Company, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and moves this Honorable Court to voluntarily dismiss its action with prejudice against Defendants Karla Mascari and Richard Mascari only pursuant to Stipulation, a copy of which is attached hereto. The action shall proceed as to the remaining Defendant KIN, Inc.

            Respectfully submitted:

            /s/ Robert Marc Chemers
            Robert Marc Chemers
            Bar No. 0431508
            PRETZEL & STOUFFER, CHARTERED
            One South Wacker Drive
            Suite 2500
            Chicago, Illinois 60606
            Telephone: (312) 578-7548
            Fax:   (312) 346-8242
            Email: rchemers@pretzelstouffer.com
            *Attorneys for Plaintiff*