# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

State Auto Property & Casualty Insurance Company

                            Plaintiff,

v.                                               Case No.: 3:21−cv−50171
                                                          Honorable Iain D. Johnston

Karla Mascari, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 28, 2021:

      MINUTE entry before the Honorable Lisa A. Jensen: Defendant's motion to stay the joint case management order [18] is unopposed and granted. By 7/14/2021, the parties are to file a joint proposed case management order using the template found on Judge Jensen's webpage. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.